UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ALAN OKPECHI, 1941136, ) | |
|         Plaintiff, ) | |
| ) | |
| v. ) | No. 3:14-CV-4414-B |
| ) | |
| DARRYL J. CATO and DEXTER W. LOCKETT, ) | |
|         Defendants. ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

SO ORDERED.

SIGNED: February 18, 2015.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE